IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**CHANGE OF PLEA**

| | |
|---|---|
| United States of America | Case Number: 6:26-cr-03161-MDH-01 |
| vs | Court Recorder/CRD: Angel L. Geiser |
| **Connie Gold** | Date: 9/30/2026 |

Honorable Willie J. Epps, Jr. presiding at Springfield, Missouri

Time: 11:00 am – 11:17 am

| | | |
|---|---|---|
| **APPEARANCES** | Government: | Casey Clark |
| | Defendant: | Shane Cantin |
| | USPO: | Jaime Woods |

Defendant waives Indictment and enters a plea of guilty to the Information.

- Defendant signed Waiver of Indictment; The Court accepts and files waiver.
- Information accepted and filed by the Court.
- Defendant signed consent to plea before a magistrate judge.
- Defendant sworn.
- Charges and range of punishment read to the defendant.
- Court questioned defendant regarding his age, education, physical and mental condition.
- Court questioned defendant regarding the plea agreement and advised defendant of rights waived by pleading guilty.
- Plea Agreement accepted by the Court; government directed to file plea agreement in the Court's Electronic Filing System.
- Court finds defendant's plea is free and voluntary; factual basis presented.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- The Government is not moving to detain. The Court reviews conditions of release with defendant; Defendant released on said conditions.